United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SONYA MEGGETTE,

Plaintiff,

v.

CALIFORNIA DEPARTMENT OF SOCIAL SERVICES,

Defendant.

Case No. 25-cv-04722-SI

**ORDER DENYING PLAINTIFF'S REQUEST FOR "1099/OID RECORDS, BOND ACCOUNTING, AND ACCOUNTING LEDGERS"**

Re: Dkt. No. 15

On September 22, 2026, self-represented plaintiff Sonya Meggette filed a letter requesting "1099/OID records, bond accounting, and accounting ledgers" for this case and three other cases assigned to different judges. In response to an earlier letter, the Court granted Meggette's request for a copy of the docket in this case, and that order notified Meggette that if she wishes to obtain records from cases before other judges, Meggette must file separate requests in those other cases. Dkt. No. 14.

The Court informs plaintiff that there are no "1099/OID records, bond accounting, and accounting ledgers" in this case, nor are there any documents (such as escrow records or surety bonds) listed in any of the bullet points in Meggette's letter. Accordingly, the Court DENIES Meggette's request. This case was closed on August 11, 2025 after Meggette filed a "motion to withdraw claim." As such, the Court will not receive any further filings in this closed case.

**IT IS SO ORDERED**.

Dated: October 6, 2026

SUSAN ILLSTON
United States District Judge